# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIP PIER, an individual d/b/a FMP ASSOCIATES,<br><br>    Plaintiff,<br><br>    v.<br><br>ARCHITECTURAL COMPONENTS GROUP, INC., a Missouri corporation; and DOES 1-10, inclusive,<br><br>    Defendant. | CASE No. 3:18-cv-01485-EMC<br><br>**[PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Assigned for All Purposes:<br>Judge Edward M. Chen<br>Courtroom 5<br><br>Action Filed:     February 6, 2018<br>Removal Date:  March 8, 2018<br>Trial Date:         August 19, 2019 |

Having considered Plaintiff Chip Pier d/b/a FMP Associates' Request for Dismissal With Prejudice, and compelling reasons having been shown, IT IS HEREBY ORDERED THAT:

1. The entire action (Case No. 3:18-cv-01485-EMC) is hereby DISMISSED WITH PREJUDICE.

2. Plaintiff Chip Pier d/b/a FMP Associates and Defendant Architectural Components Group, Inc. shall each bear his/its own fees and costs.

3. The Court shall retain jurisdiction over the action for the sole purpose of interpretation and enforcement of the parties' February 27, 2019 Settlement Agreement.

IT IS SO ORDERED.

DATED: April 2, 2019

_____
Hon. Edward M. Chen, United States District Judge, Northern District of California

Respectfully submitted,
*/s/ Evan Pitchford*
Evan Pitchford
CONKLE, KREMER & ENGEL, PLC
Attorneys for Plaintiff Chip Pier d/b/a FMP Associates